## Marshall, et vir *v.* Powers (et al., Appellant).

Argued March 19, 1976. *Ronald C. Scott, James M. Marsh, Edward R. Paul, Joseph C. Manta*, and *LaBrum and Doak*, submitted a

brief for appellant; *Wilfred F. Lorry*, with him *Mitchell A. Kaye*, and *Lorry, Machles & Hymowitz*, for appellees.
Order affirmed.